JOHN H. BRINK (SBN 28018)
KATHRYN E. VAN HOUTEN (143402)
IRSFELD, IRSFELD & YOUNGER LLP
100 W. Broadway, Ste. 900
Glendale, CA 91210
Telephone: (818) 242-6859
Facsimile: (818) 240-7728

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: CV 11-04440 GAF-(AJWx) |
| Plaintiff, | JUDGMENT |
| vs. | Date: January 14, 2013 |
| RICHARD EDWIN HORNER, | Judge: Hon. Gary Allen Feess |
| Defendant. | |

IT IS ADJUDGED that Plaintiff, United States of America, shall have and recover from Defendant RICHARD EDWIN HORNER, the sum of $23,618.97 in principal, $13,191.98 in accrued prejudgment interest through February 24, 2011, with interest accruing from February 24, 2011 at the percentage rate of 3.27% per annum until entry of judgment, and $2,000.00 in attorney's fees for a total judgment of $38,810.95.

DATED: 3/5/13

_____
United States District Judge